We are mindful that when an opinion or memorandum of decision is *filed*, the findings of fact and conclusions of law may appear therein, but none was filed here. It is to be noted further that, while the trial judge in his oral comment called for the preparation of findings, none appear of record.

We have, nevertheless, examined the entire transcript. We are unable to ascertain upon what facts the trial judge could have reached the conclusion announced. All the evidence seems to us to point to the contrary, although at this stage we need not so decide.

The judgment is reversed, and the case remanded to the District Court for findings of fact and conclusions of law.[2] Costs shall be assessed against appellee.

Reversed and remanded.

Mr. Hubert B. Pair, Asst. Corp. Counsel for the District of Columbia, Washington, D. C., with whom Messrs. Vernon E. West, Corp. Counsel, and Chester H. Gray, Principal Asst. Corp. Counsel, and Harry L. Walker, Asst. Corp. Counsel, Washington, D. C., were on the brief, for appellee.

Before WILBUR K. MILLER, FAHY and DANAHER, Circuit Judges.

PER CURIAM.

The appellant was found by a jury in the Juvenile Court to be the father of three children born out of wedlock, and was ordered to pay $12.00 per week for their support. On appeal, the Municipal Court of Appeals affirmed. Ford v. District of Columbia, 1954, 102 A.2d 838. On the basis of its opinion, the judgment of that court is

Affirmed.

**James Henry FORD, Appellant,**

v.

**DISTRICT OF COLUMBIA, Appellee.**

**Nos. 12232–12234.**

United States Court of Appeals, District of Columbia Circuit.

Argued Feb. 9, 1955.

Decided Feb. 17, 1955.

Petition for Rehearing Denied March 29, 1955.

**Elijah M. SEIDENBERG, Appellant,**

v.

**Martha E. SEIDENBERG, Appellee.**

**No. 12336.**

United States Court of Appeals, District of Columbia Circuit.

Argued Jan. 25, 1955.

Decided Feb. 24, 1955.

Mr. Saul G. Lichtenberg, Washington, D. C., with whom Messrs. Albert A. Stern and Homer Brooks, Washington, D. C., were on the brief, for appellant. Mr. Robert H. Symonds, Washington, D. C., entered an appearance for appellant.

2. Cf. United States v. United States Gypsum Co., 333 U.S. 364, 395, 68 S.Ct. 525, 92 L.Ed. 746; Dollar v. Land, 87 U.S.App.D.C. 214, 218, 184 F.2d 245, 249.